■ SEAN YOUNG, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 105841.) [793 NYS2d 787]—Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered November 18, 2003. The order granted defendant's motion to dismiss the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs, the motion is denied and the claim is reinstated (*see Lepkowski v State of New York*, 1 NY3d 201, 210 [2003]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Lawton, JJ.